1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12

13   CHRISTOPHER RAINES,                    Case No.  1:15-cv-01787-BAM-PC

         Plaintiff,                        ORDER GRANTING APPLICATION TO
14                                          PROCEED IN FORMA PAUPERIS
         v.
15                                          ORDER DIRECTING PAYMENT OF
     R. GUEMBE, et al.,                     INMATE FILING FEE BY CALIFORNIA
16                                          DEPARTMENT OF CORRECTIONS AND
         Defendants.                        REHABILITATION
17
                                            (ECF NO. 2)
18

19          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. §1983 and has requested

20   leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915.  Plaintiff has made the showing

21   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

22   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.   28 U.S.C §

23   1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

24   the preceding month's income credited to Plaintiff's trust account.  The California Department of

25   Corrections and Rehabilitation is required to send to the Clerk of the Court payments from

26   Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

27   fee is paid in full.  28 U.S.C, § 1915(b)(2).

28

                                            1

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2  ORDERED that:

3    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

4    **2.    The Director of the California Department of Corrections and Rehabilitation**

5  **or his designee shall collect payments from Plaintiff's prison trust account in an amount**

6  **equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's**

7  **trust account and shall forward those payments to the Clerk of the Court each time the**

8  **amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a**

9  **total $350.00 has been collected and forwarded to the Clerk of the Court.  The payments**

10  **shall be clearly indentified by the name and number assigned to this action;**

11    3.    The Clerk of the Court is directed to serve a copy of this order and a copy of

12  Plaintiff's in forma pauperis application on the Director of the California Department of

13  Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF);

14    4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

15  Department, U.S. District Court, Eastern District of California, Sacramento Division.

16

17  IT IS SO ORDERED.

18    Dated:    **December 10, 2015**            /s/ *Barbara A. McAuliffe*    _

19                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28