# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RAINES,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GUEMBE, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01787-BAM-PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(ECF NO. 8) |

Plaintiff Christopher Raines is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 25, 2016, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint within thirty days. (ECF No. 7.) Plaintiff failed to file an amended complaint within thirty days, and on April 7, 2016, an order to show cause was issued, directing Plaintiff to show cause why this action should not be dismissed for his failure to prosecute and failure to obey a court order. (ECF No. 8.) On April 8, 2016, Plaintiff filed a first amended complaint. (ECF No. 9.) This case therefore proceeds on the April 8, 2016, first amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that the order to show cause entered on April 7, 2016, is discharged.

IT IS SO ORDERED.

    Dated: **May 18, 2016**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE